**Vincent JOHNSON, Appellant,**

**v.**

**Elmer MCROY, Respondent.**

**No. WD 70435.**

Missouri Court of Appeals, Western District.

Feb. 9, 2010.

Sherwin L. Epstein, Esq., and Allen T. Zugelter, Esq., Overland Park, KS, for appellant.

Elmer McRoy, Leavenworth, KS, Respondent pro se.

Before Division One: LISA WHITE HARDWICK, P.J., and JAMES M. SMART, JR. and ALOK AHUJA, JJ.

**ORDER**

PER CURIAM:

Vincent Johnson appeals the circuit court's judgment, after a bench trial, in favor of Defendant–Respondent Elmer McRoy on Johnson's breach of contract claim, arising out of a contract in which McRoy agreed to do plumbing work on a building Johnson was remodeling. Johnson argues that the trial court's rejection of his breach of contract claim was against the weight of the evidence. We affirm. Because a published opinion would have no precedential value, a memorandum setting

forth the reasons for this order has been provided to the parties. Rule 84.16(b).